IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT SHINALL and TERESA JACKSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 19-cv-03123 |
| v. | ) |
| | ) |
| PEKIN MEMORIAL HOSPITAL, d/b/a UNITYPOINT HEALTH-PEKIN, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

The parties to this action, by their respective attorneys, stipulate and agree that the above and foregoing cause of action of Plaintiffs, ROBERT SHINALL and TERESA JACKSON, be dismissed with prejudice in bar of action, costs paid, cause of action satisfied.

Respectfully submitted,

BY:

/s/ *Jennifer M. Sender*
Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone (312) 782-9000
Facsimile (312) 782-6690
Email: jsender@rsplaw.com
Email: agallegos@rsplaw.com
*Attorneys for Plaintiffs*

BY:

/s/ *Brian M. Smith*
Brian M. Smith (ARDC No. 6293822)
Bryan J. Vayr (ARDC No. 6327729)
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil Street, Suite 505
P.O. Box 1190
Champaign, Illinois 61824-1190
Telephone (217) 344-0060
Email: bsmith@heylroyster.com
Email: bvayr@heylroyster.com
*Attorneys for Defendant*

3289864 (14162.1)

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on December 22, 2020, she caused to be served a true and correct copy of the ***Joint Stipulation of Dismissal*** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification to all parties who are registered to receive notices electronically in this case.

                         By:   /s/ *Jennifer M. Sender*
                                Jennifer M. Sender
                                Andrés J. Gallegos
                                ROBBINS, SALOMON & PATT, LTD.
                                180 N. LaSalle Street, Suite 3300
                                Chicago, Illinois 60601
                                Telephone (312) 782-9000
                                Facsimile (312) 782-6690
                                Email:  jsender@rsplaw.com
                                Email:  agallegos@rsplaw.com
                                *Attorneys for Plaintiffs*